UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CUIPING ZHOU,

               Plaintiff,

-v.-

TCHH-DAYUP, INNIFER, SUMGOGO, NUER NEW, FOLIATES, EASYGOGO, BELSMI, XIYING, JUNTIANSHANGMAOYOUXIANGONGSI, and RUIMO,

               Defendants.

22 Civ. 6958 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Pursuant to the Section VI of the Temporary Restraining Order dated October 14, 2022, the Clerk of Court is hereby directed to UNSEAL this case. Additionally, Plaintiff is directed to file on the public docket all materials submitted to the Court thus far. The Clerk of Court is similarly directed to file on the public docket all orders issued by the Court thus far in this action.

    SO ORDERED.

Dated:  November 17, 2022
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge