UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUIPING ZHOU,<br><br>                         Plaintiff,<br><br>               -v.-<br><br>TCHH-DAYUP, INNIFER, SUMGOGO, DLSEEGO, NUER NEW, FOLIATES, EASYGOGO, BELSMI, XIYING, JUNTIANSHANGMAOYOUXIANGONGSI, and RUIMO,<br><br>                         Defendants. | 22 Civ. 6958 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion for a temporary restraining order, filed September 22, 2022. The parties are hereby ORDERED to appear for a telephone conference regarding the application on Thursday, **October 13, 2022, at 10:00 a.m.** The dial-in information is as follows: At 11:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated:   October 7, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge